■ DAVID LEIBEVIC, Respondent, v RONALD G. BRONSTEIN, Appellant.—Judgment unanimously affirmed with costs. Memorandum: The record supports the court's finding that during operation of the partnership, defendant engaged in conduct tantamount to fraudulent concealment and breach of fiduciary responsibilities. Such conduct would have warranted a dissolution *(see,* Partnership Law § 63 [1] [c], [d]). The equitable remedy of rescission may be exercised where a party has committed fraudulent acts or a breach of the agreement during performance *(see generally,* 22 NY Jur 2d, Contracts, §§ 415, 435) and, in this instance, the court properly awarded rescission and a return of plaintiff's capital investment pursuant to section 70 of the Partnership Law. (Appeal from second amended judgment of Supreme Court, Erie County, Joslin, J. —breach of contract.) Present—Dillon, P. J., Callahan, Green, Pine and Balio, JJ.